[Nos. 24965-1-II; 25073-0-II.   Division Two.   August 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINTON LAMONT
LARRY, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MCQUEEN DEE
VARNES, *Appellant*.

Appeals from judgments of the Superior Court for Pierce
County, Nos. 99-1-00374-0 and 99-1-00375-8, John A.
McCarthy, J., entered August 13, 1999. *Affirmed* by unpub-
lished opinion per Hunt, J., concurred in by Armstrong,
C.J., and Houghton, J. Now published at 108 Wn. App. 894.

[No. 25117-5-II.   Division Two.   August 17, 2001.]

*In the Matter of the Marriage of* DIANE M. SULLIVAN,
*Appellant*, and DANIEL J. SULLIVAN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 98-3-03928-0, Bryan E. Chushcoff, J., entered
August 27, 1999. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Armstrong, C.J.; Quinn-
Brintnall, J., concurring separately.

[No. 25119-1-II.   Division Two.   August 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE COLE
HUNOTTE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 99-1-02824-6, Nile E. Aubrey, J., entered Sep-
tember 24, 1999. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Morgan and Seinfeld, JJ.